# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BRUCE ELLIOTT MILLER, | : | |
| Petitioner, | : | |
| vs. | : | CA 16-0548-WS-MU |
| STATE OF ALABAMA, | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B), and dated November 28, 2017, is **ADOPTED** as the opinion of this Court.

**DONE** this 21st day of February, 2018.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**