IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRUCE ELLIOTT MILLER, | : | |
| Petitioner, | : | |
| vs. | : | CA 16-0548-WS-MU |
| STATE OF ALABAMA, | : | |
| Respondent. | | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Bruce Elliott Miller's petition for writ of habeas corpus, filed in accordance with 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 21st day of February, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE